No. 558. SEA GULL LUBRICANTS, INC. *v.* UNITED STATES. February 28, 1944. Petition for writ of certiorari to the Court of Claims denied. *Mr. Ashley M. Van Duzer* for

petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key, Miss Helen R. Carloss,* and *Mrs. Elizabeth B. Davis* for the United States.

